

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULUGBEK SADATOVICH KHALIYAROV<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>Respondents. | Case No.:  3:26-cv-3190-CAB-JAC<br><br>**ORDER PARTIALLY GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Ulugbek Sadatovich Khalirayov's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner asserts that he has been in immigration detention since February 6, 2025 without a bond hearing in violation of the Fifth Amendment. [*Id.* at 5–10.] Respondents acknowledge that courts in this District have ordered bond hearings in similar cases and thus "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." [Doc. No. 4 at 1–2.]

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge by **June 24, 2026**, unless Petitioner requests a continuance. To justify Petitioner's continued detention, the

government must prove by clear and convincing evidence that Petitioner is a danger to the community or a risk of flight. *See Martinez v. Clark*, 124 F.4th 775, 785–86 (9th Cir. 2024). If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing. <u>The Clerk of Court shall close the case on July 1, 2026 unless Petitioner requests a continuance or the Court is notified that the bond hearing did not occur.</u>

It is **SO ORDERED**.

Dated: June 10, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3190-CAB-JAC